UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                  No. C-11-6316 EMC (pr)

DERRICK BENJAMIN,

         Plaintiff.                              **ORDER OF DISMISSAL**

_____/

        This action was opened on December 14, 2011, when the Court received from Derrick Benjamin a letter copied to Judge Henderson that appeared to concern prison conditions and the *Plata* class action. On that date, the Court notified Mr. Benjamin in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within thirty days. Mr. Benjamin has failed to provide the Court with a complaint and the deadline to do so has passed. He also has not filed an *in forma pauperis* application. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

        IT IS SO ORDERED.

Dated: May 18, 2012

                                                         _____
                                                         EDWARD M. CHEN
                                                         United States District Judge